IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA CHRISTINA ALFARO,

    Plaintiff,                    No. CIV S-07-2115 FCD DAD PS

    vs.

TKA PROPERTIES,

    Defendant.                  ORDER

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On November 6, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days and that a document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file, including the declaration filed by plaintiff on November 13, 2007, and the notice of change of address filed by plaintiff on November 30, 2007. The court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 6, 2007, are adopted in full;

2. Plaintiff's October 9, 2007 application to proceed in forma pauperis is denied; and

3. This action is dismissed with prejudice for lack of subject matter jurisdiction.

DATED: December 5, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE